**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gustavo REYES, Defendant— Appellant.**

No. 05–10368.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Filed July 26, 2006.

Dawrence W. Rice, Jr., Esq., USF— Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Carolyn D. Phillips, Esq., Fresno, CA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

Gustavo Reyes appeals from his jury-trial conviction and 78–month sentence for possession with intent to distribute cocaine base and marijuana, in violation of 21 U.S.C. § 841(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Reyes has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Reyes filed a pro se supplemental brief.

Our independent review of the briefs and the record, pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.